**TROUTMAN SANDERS LLP**
Justin M. Brandt, CA Bar No. 278368
justin.brandt@troutman.com
John C. Lynch (*Pro Hac Vice*)
john.lynch@troutman.com
Michael E. Lacy (*Pro Hac Vice*)
michael.lacy@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

*Attorneys for Defendant/Third-Party Plaintiff*
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>MARY LOU ROMERO and DAISY PEREZ,<br><br>　　　　Third-Party Defendants. | Case No. 1:17-cv-00655-DAD-EPG<br><br>**STIPULATION AND ORDER ALLOWING OCWEN LOAN SERVICING, LLC TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT** |

1

**WHEREAS** on December 20, 2017, Third-Party Plaintiff/Defendant Ocwen Loan Servicing, LLC, ("Ocwen") filed its Third-Party Complaint in this action against Mary Lou Romero and DOE1. (Dkt. No. 40.)

**WHEREAS** Ocwen seeks to file its First Amended Third-Party Complaint, which replaces DOE1 with Daisy Perez.

**WHEREAS** a copy of Ocwen's proposed First Amended Third-Party Complaint is attached hereto as **Exhibit "A".**

**IT IS HEREBY STIPULATED**, by and between Plaintiff, Alice Jones and Ocwen, by and through their respective counsel, that Ocwen should be granted leave to amend to file its First Amended Third Party Complaint, a copy of which is attached hereto as **Exhibit "A".**

Dated: April 26, 2018         **TROUTMAN SANDERS LLP**

By:/s/ *Justin M. Brandt*
    Justin M. Brandt
    *Attorneys for Defendant/*
    *Third-Party Plaintiff*
    OCWEN LOAN SERVICING, LLC

**HYDE & SWIGART**

By:/s/ Emily C. Beecham as authorized on 4/25/18
    Joshua B. Swigart
    Emily C. Beecham
    *Attorneys for Plaintiff*
    ALICE JONES

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Third-Party Plaintiff/Defendant Ocwen Loan Servicing, LLC is granted leave to amend to file its First Amended Third Party Complaint, a copy of which is attached hereto as **Exhibit "A."**

**IT IS FURTHER ORDERED** that the First Amended Third-Party Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: **April 27, 2018**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE