**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE JONES,<br><br>        Plaintiff,<br>v.<br>OCWEN LOAN SERVICING, LLC,<br><br>        Defendant. | Case No.: 1:17-cv-00655-DAD-EPG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR THIRD-PARTY DEFENDANT DAISY PEREZ TO RESPOND TO FIRST AMENDED THIRD PARTY COMPLAINT**<br><br>(ECF No. 55) |
| OCWEN LOAN SERVICING, LLC,<br><br>        Third-Party Plaintiff,<br>v.<br>MARY LOU ROMERO and DAISY PEREZ,<br><br>        Third-Party Defendants. | |

\\\
\\\
\\\
\\\
\\\
\\\

Based on the Parties' Stipulation and for good cause showing:

**IT IS HEREBY ORDERED** that Third-Party Defendant Daisy Perez is granted a thirty-day extension to file a response to the First Amended Third Party Complaint. [Dkt. 52.]

IT IS SO ORDERED.

Dated: **May 31, 2018**   /s/ Eric P. Gross
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE