UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN MORTGAGE SERVICING, INC. and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | No. 1:17-cv-00655-DAD-EPG<br><br><u>ORDER GRANTING STIPULATION TO EXTEND HEARING DATE AND BRIEFING SCHEDULE</u><br><br>(Doc. No. 68) |
| OCWEN LOAN SERVICING, LLC,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MARY LOU ROMERO and DAISY PEREZ,<br><br>    Third-Party Defendants. | |

    On July 23, 2018, third-party plaintiff Ocwen Loan Servicing, LLC and third-party defendant Daisy Perez filed a joint stipulation to modify the current briefing schedule on Perez's motion to dismiss the amended third-party complaint and continue the scheduled hearing thereto. (Doc. No. 68.) Good cause appearing and the parties having so stipulated, it is hereby ordered that the third-party plaintiff's opposition to the motion to dismiss the amended third-party

1

complaint is due by **August 7, 2018**; third-party defendant Perez's reply is due by **August 17, 2018**; and the hearing on this matter is continued to **September 5, 2018**.

IT IS SO ORDERED.

Dated: **July 24, 2018**

UNITED STATES DISTRICT JUDGE