UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JONES,<br><br>      Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>      Defendant. | Case No.: 1:17-cv-00655-DAD-EPG<br><br>**ORDER ON STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>(ECF No. 70) |
| OCWEN LOAN SERVICING, LLC,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>MARY LOU ROMERO and DAISY PEREZ,<br><br>      Third-Party Defendants. | |

Based upon the Parties' Joint Stipulation for Order to Extend Discovery Deadline, (ECF No. 70), and good cause appearing, the non-expert discovery deadline in this action is hereby extended from August 31, 2018 to November 30, 2018.

IT IS SO ORDERED.

Dated: __**July 27, 2018**__            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE