# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant.<br>OCWEN LOAN SERVICING, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MARY LOU ROMERO and DAISY PEREZ,<br><br>    Third-Party Defendants. | Case No.: 1:17-cv-00655-DAD-EPG<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 79) |

Plaintiff, Alice Jones; Defendant and Third-Party Plaintiff Ocwen Loan Servicing, LLC; and Third-Party Defendants Mary Lou Romero and Daisy Perez, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 79). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

    Dated:   **October 22, 2018**          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE